UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAYLIE CZOCHARA,

        Plaintiff,

   v.

PET HOTEL HADLEY, INC. F/K/A EVERY
PET'S DREAM, INC.,

        Defendant.

Civil Action No.

## NOTICE OF REMOVAL

Defendant Pet Hotel Hadley, Inc. f/k/a Every Pet's Dream, Inc. ("PHH" or "Defendant"), by and through its attorneys, file this Notice of Removal in accordance with 28 U.S.C. §§ 1331, 1367, 1441 and 1446, and removes this action from the Superior Court of the Commonwealth of Massachusetts for the County of Hampshire, where the action is now pending, to the United States District Court for the District of Massachusetts.  As grounds for removal, Defendant states as follows:

1.      July 30, 2025, Plaintiff Caylie Czochara commenced a civil action against Defendant in Hampshire County Superior Court entitled *Caylie Czochara v. Pet Hotel Hadley, Inc.,* Civil Action No. 2580CV00114 (the "State Court Action").

2.      On August 7, 2025, Plaintiff filed an Amended Complaint to include PHH's former name "Every Pet's Dream, Inc."

3.      PHH was served with process of the Complaint and Summons on August 7, 2025. Therefore, this Notice of Removal is timely filed.  28 U.S.C. § 1446(b).

4.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the allegations contained in Plaintiff's complaint are based on rights and remedies

conferred under federal law.  Among other things, Plaintiff alleges "Retaliation for Protected Activity … Title VII, 42 U.S.C. § 2000e-3"; "Gender Discrimination … Title VII, 42 U.S.C. § 2000e"; "Hostile Work Environment … 42 U.S.C. § 2000e-2(a)"; "Failure to Report Injury … OSHA 29 CFR 1904".  *See* Exh. A, at 6-7.

5.      Thus, this is a civil action over which this Court has original "federal question" jurisdiction under 28 U.S.C. § 1331, in that the action arises under the Constitution, laws, or treaties of the United States.

6.      Furthermore, the Court has supplemental jurisdiction over Plaintiff's state law claims.  28 U.S.C. § 1367(a).  Plaintiff's federal claims and state law claims arise from the same case or controversy because they all stem from Plaintiff's allegations related to her employment with PHH and termination of same. Therefore, this Court has supplemental jurisdiction over Plaintiff's state law claims.  28 U.S.C. § 1367(a).

7.      This Notice of Removal is being filed in the District of Massachusetts, the District Court of the United States for the district and division within which the State Court Action is pending.  28 U.S.C. §§ 1441(a) and 1446(a).

8.      Attached hereto as **Exhibit A** is a true and correct copy of the Summons, Complaint, Civil Cover Sheet, and Amended Complaint, which constitutes all process, pleadings, and orders served upon Defendant to the present date.  See 28 U.S.C. § 1446(a).

9.      A true and complete copy of this Notice of Removal shall be promptly filed this date with the Clerk of Court for Hampshire County Superior Court in accordance with 28 U.S.C. § 1446(d).  A copy of the Notice of Filing of Notice of Removal to the Hampshire County Superior Court is attached hereto as **Exhibit B**.

10.     This Notice of Removal and a Notice of Filing of Notice of Removal have also been served this day via email and first-class mail upon pro se Plaintiff.

11.     Filing this Notice does not constitute a waiver of any right to object to jurisdiction over the person or venue, and Defendant specifically reserves the right to assert any defense, denial, and/or objection to which it may be entitled.

WHEREFORE, Defendant respectfully requests that the State Court Action be removed and hereinafter proceed in the United States District Court for the District of Massachusetts.

Respectfully submitted,

PET HOTEL HADLEY, INC.

By its attorneys,

/s/ *Stephen T. Melnick*
Stephen T. Melnick, BBO No. 667323
smelnick@littler.com
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110
Telephone:     617.378.6000

Dated:  August 26, 2025

3

**CERTIFICATE OF SERVICE**

I, Stephen T. Melnick, hereby certify that, on this 26th day of August 2025, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically all registered participants identified on the Notice of Electronic Filing and via email and first-class mail to all non-registered participants identified on the Notice of Electronic:

Caylie Czochara
189 Winsor Street
Ludlow, MA  01056
czochara@gmail.com

*/s/ Stephen T. Melnick*
Stephen T. Melnick

4