UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS – SPRINGFIELD DIVISION

Caylie Czochara,
Plaintiff,

v.

**Pet Hotel Hadley, Inc.**, formerly known as Every Pet's Dream, Inc.,
Defendant.

Civil Action No.: 3:25-cv-30152-KAR

# AMENDED COMPLAINT

## I. Parties and Jurisdiction

1. Plaintiff, **Caylie Czochara**, is an individual residing in Massachusetts.
2. Defendant, **Pet Hotel Hadley, Inc.**, is a business organized and operating in Hadley, Massachusetts.
3. This action arises solely under Massachusetts statutes and common law. Jurisdiction is proper in the **Massachusetts Superior Court** pursuant to *G.L. c. 212, § 4*. Venue is appropriate in Hampshire County because the events giving rise to these claims occurred there.

## II. Factual Allegations

4. Plaintiff was employed by Defendant from November 24, 2024, to April 16, 2025. During her employment, she experienced unlawful practices including wage theft, unsafe conditions, discrimination, and retaliation.
5. Plaintiff was denied access to paystubs, not paid tips properly, and forced to buy supplies out of pocket.
6. Management instructed Plaintiff and others to misrepresent CPR certification, covered up animal injuries, and engaged in unsafe and unethical practices.
7. Plaintiff was suspended without pay and later terminated in retaliation for raising concerns.
8. Defendant defamed Plaintiff in a warning letter, publicly online (Facebook), via cease-and-desist letters, and through a toxic group chat.

9. Defendant demanded return of Plaintiff's personal items.
10. Defendant used a company vehicle near Plaintiff's home to intimidate her.
11. Plaintiff was replaced by a male employee and subjected to discriminatory remarks.
12. Plaintiff was forced to purchase a personal cellphone (unreimbursed) for work, which was then used for hostile communications.
13. Plaintiff suffered emotional distress, lost income, and reputational harm.

## III. Causes of Action

**Count I** – Negligence (Common Law)
**Count II** – Misrepresentation of Job Duties (M.G.L. ch. 93A; Restatement (Second) of Contracts §164)
**Count III** – Conversion / Coerced Return of Property (M.G.L. ch. 149 §148; Common Law Conversion)
**Count IV** – False Certification & Misrepresentation (M.G.L. ch. 93A; Common Law Fraud & Negligent Misrepresentation)
**Count V** – Failure to Pay Wages & Reimburse Expenses (M.G.L. ch. 149 §§148, 150)
**Count VI** – Retaliation for Protected Activity (M.G.L. ch. 149 §§148A, 185)
**Count VII** – Intimidation Outside Plaintiff's Home (M.G.L. ch. 258E; Common Law IIED)
**Count VIII** – Illegal Tip Pooling (M.G.L. ch. 149 §152A; §150)
**Count IX** – Earned Sick Time Violation (M.G.L. ch. 149 §§148C, 150)
**Count X** – Gender Discrimination (M.G.L. ch. 151B §4(1))
**Count XI** – Hostile Work Environment (M.G.L. ch. 151B §4(16A))
**Count XII** – Failure to Report Injury (M.G.L. ch. 152)
**Count XIII** – Defamation & Harassment (Common Law; M.G.L. ch. 231 §92; ch. 214 §1B)
**Count XIV** – Emotional Distress (IIED & NIED) (Common Law)

## IV. Damages

14. Plaintiff seeks **$240,100.00 in damages,** as set forth in **Exhibit A (Updated Damages Summary with Legal Citations)**, which is incorporated herein by reference.

## V. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:
A. Enter judgment in her favor on all counts;
B. Award damages of $240,100.00 as set forth in Exhibit A;
C. Award treble damages, attorney's fees, and costs as permitted by law;
D. Grant such further relief as this Court deems just and proper.

Respectfully submitted,

**Caylie Czochara, Pro Se**
189 Winsor Street
Ludlow, MA 01056
Caylie.czochara@gmail.com
(413) 421-0277

*Caylie Czochara*
Dated: September 2, 2025

# EXHIBIT A-

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS – SPRINGFIELD DIVISION**

**Caylie Czochara,**
Plaintiff,

v.

**Pet Hotel Hadley, Inc., formerly known as Every Pet's Dream, Inc.,**
Defendant.

Civil Action No.: 3:25-cv-30152-KAR

# DAMAGES SUMMARY WITH LEGAL CITATIONS

**PLAINTIFF:** Caylie Czochara
**DEFENDANT:** Pet Hotel Hadley, Inc., formerly known as Every Pet's Dream, Inc.
**COURT:** United States District Court – District of Massachusetts (Springfield Division)
**DATE:** September 2, 2025
**TOTAL DAMAGES SOUGHT:** $240,100.00

## I. TORT DAMAGES – $1,100.00

- **Medical expenses & lost time – $1,100.00**
  Includes doctor visits, therapy, and lost wages due to work-related injury.
  **Relevant Law:**
    - Mass. Gen. Laws ch. 152 (Workers' Compensation, if applicable)
    - Common Law Negligence

## II. CONTRACT & EMPLOYMENT VIOLATION CLAIMS – $239,000.00

- **Misrepresentation of Job Duties – $10,000.00**
    - M.G.L. ch. 93A §2 (Unfair and deceptive business practices)
    - Restatement (Second) of Contracts §164 (Fraudulent Misrepresentation)
- **Coerced Return of Personal Property – $7,500.00**
    - M.G.L. ch. 149 §148 (Wage Act – compensation for expenses)
    - Common Law – Conversion

- **False CPR Certification & Coerced Misrepresentation – $15,000.00**
  - M.G.L. ch. 93A (Deceptive practices)
  - Common Law Fraud & Negligent Misrepresentation
- **Failure to Pay Wages & Reimburse Expenses – $3,000.00**
  - M.G.L. ch. 149 §148 (Wage Act)
  - M.G.L. ch. 149 §150 (Private right of action; treble damages)
- **Retaliation for Protected Activity – $25,000.00**
  - M.G.L. ch. 149 §148A (Anti-retaliation)
  - M.G.L. ch. 149 §185 (Whistleblower Protection)
- **Intimidation Outside Home – $15,000.00**
  - M.G.L. ch. 258E (Harassment prevention)
  - Common Law IIED
- **Illegal Tip Pooling – $2,500.00**
  - M.G.L. ch. 149 §152A (Tips Law)
  - M.G.L. ch. 149 §150 (Treble damages & attorney's fees)
- **Earned Sick Time Violation – $5,000.00**
  - M.G.L. ch. 149 §148C (Earned Sick Time Law)
  - M.G.L. ch. 149 §150 (Enforcement & damages)
- **Gender Discrimination – $50,000.00**
  - M.G.L. ch. 151B §4(1) (Discrimination based on sex)
- **Hostile Work Environment (Toxic Group Chat) – $15,000.00**
  - M.G.L. ch. 151B §4(16A)
- **Failure to Report Injury – $10,000.00**
  - M.G.L. ch. 152 (Workers' Compensation reporting requirements)
- **Defamation and Harassment – $35,000.00**
  - Common Law Defamation (Libel & Slander)
  - M.G.L. ch. 231 §92 (Defamation damages)
  - M.G.L. ch. 214 §1B (Right to privacy)
- **General Emotional Distress – $46,000.00**
  - Common Law IIED
  - Common Law NIED

## TOTAL DAMAGES SOUGHT: $240,100.00

Respectfully submitted,

**Caylie Czochara, Pro Se**
189 Winsor Street
Ludlow, MA 01056
Caylie.czochara@gmail.com
(413) 421-0277

*Caylie Czochara* (signature)

Dated: September 2, 2025

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS – SPRINGFIELD DIVISION**

Caylie Czochara,
Plaintiff,

v.

Pet Hotel Hadley, Inc., formerly known as Every Pet's Dream, Inc.,
Defendant.

Civil Action No.: 3:25-cv-30152-KAR

## CERTIFICATE OF SERVICE

I, Caylie Czochara, hereby certify that on September 2, 2025, I caused a true and correct copy of the foregoing **Amended Complaint**, together with Exhibit A (Updated Damages Summary with Legal Citations), to be served upon Defendant's counsel by depositing the same in the United States **Priority Mail, postage prepaid**, and by electronic mail, addressed as follows:

Stephen T. Melnick, Esq.
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110
Email: smelnick@littler.com
Telephone: (617) 378-6000

Respectfully submitted,

**Caylie Czochara, Pro Se**
189 Winsor Street
Ludlow, MA 01056
Caylie.czochara@gmail.com
(413) 421-0277

*Caylie Czochara*

Dated: September 2, 2025